M. WILLIAM JUDNICH
Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
(406) 215-2340
(406) 721-3783   fax
mj@enabledlawgroup.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>       Plaintiff,<br><br>  - vs-<br><br>FUGLI, LLC, and SINCLAIR OIL AND GAS COMPANY, d/b/a SINCLAIR OIL,<br><br>       Defendants. | Cause No. CV-19-127-M-DWM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUICE** |

COMES NOW the Plaintiff, CHAD BEIERLE by and through his undersigned counsel, hereby files this Stipulation of Voluntary Dismissal with prejudice, of this action, solely against Defendant, FUGLI, LLC.

DATED this 19th day of September, 2019.

By:  */s/ M. William Judnich*
M.William Judnich
Attorney for Plaintiff

- 1 -