

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD BEIERLE,<br><br>Plaintiff,<br><br>vs.<br><br>FUGLI, LLC and SINCLAIR OIL AND GAS COMPANY, d/b/a SINCLAIR OIL,<br><br>Defendants. | CV 19–127–M–DWM<br><br>ORDER |

Plaintiff Chad Beierle having voluntarily stipulated to the dismissal of Defendant Fugli, LLC, (Doc. 10), and Defendant Sinclair Oil and Gas Company having been previously dismissed, (Doc. 9),

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41(a)(1). The Clerk of Court is directed to close the case file.

DATED this 20th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court